MINTON v. THE STATE.

*Simmons, C. J.*—1. Although a child eight years old, on a prelim-
inary examination had for the purpose of testing his com-
petency as a witness, stated that he did not know what an oath
was, yet where he also stated that he knew what it was "to go
up in the court-house and swear you have to tell the truth,"
that the law would punish him if he told a story, and that he
was bound to tell the truth when sworn, and the examination
as a whole disclosed such a degree of intelligence and knowledge
on the child's part as to satisfy the judge of his competency,
this court will not reverse a ruling permitting the child to be
examined as a witness concerning the facts in issue.

2. That one under arrest and accused of a crime voluntarily asked
another "Would it be better for me to tell the truth?" or "What
had I better do," and received the reply "You had better tell
the truth about it," affords no cause for excluding from evi-
dence a confession then made, on the ground that it was im-
properly induced by another. "The hope that excludes is that
which some other person excites." Penal Code, §1006, citing
*Bohanan* v. *The State*, 92 *Ga.* 32. And see *Miller* v. *The State*, 94
*Ga.* 1, 11.

3. The liability of a witness to misunderstand the language of one
making a confession is one of the reasons for the rule re-
quiring all confessions to be scanned with care, but not the only
one; and while a judge in charging a jury should not use
words which may impress them with the idea that this is the
only reason for receiving a confession with caution, his so doing
will not of itself be cause for a new trial.

4. There was sufficient evidence to warrant the verdict, no mate-
rial error was committed, and the record discloses no valid
reason for granting a new trial.        *Judgment affirmed.*
July 20, 1896. By two Justices.

Indictment for murder. Before Judge Smith. Dodge
superior court. March term, 1896.

*D. M. Roberts* and *C. W. Griffin*, for plaintiff in error.
*J. M. Terrell*, *attorney-general*, and *Tom Eason*, *solic-
itor-general*, contra.